1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>BRIAN MICHAEL COTA AND JESSE ARTHUR MORENO,<br><br>    Defendants. | No. CR13-309 TSZ<br><br>ORDER ON STIPULATED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO SUPPRESS PHYSICAL EVIDENCE |

   The parties' Stipulated Motion to Extend Time to Respond to Defendants' Motion to Suppress Physical Evidence is hereby GRANTED.  The government's response to Defendants' Motion to Suppress Physical Evidence (Dkt. 58) shall be due February 28, 2014.  Any reply shall be due by March 14, 2014.

   DATED this 21st day of February, 2014.

THOMAS S. ZILLY
United States District Judge

ORDER EXTENDING TIME
*US v. COTA ET AL.* – CR13-309 TSZ - 1

1

2

3

4

Presented by:

5

| Counsel for the United States: | |
|---|---|
| JENNY A. DURKAN<br>United States Attorney<br><br> s/Matthew P. Hampton<br>MATTHEW P. HAMPTON<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>Phone: (206) 553-7970;  Fax: 553-2502<br>E-mail:matthew.hampton@usdoj.gov | |
| Counsel for Defendant BRIAN MICHAEL COTA<br><br>s/ Paula Deutsch<br>PAULA DEUTSCH<br>Office of the Federal Public Defender<br>1601 Fifth Ave., #700<br>Seattle, WA 98101<br>(206) 553-1100 | Counsel for Defendant JESSE ARTHUR MORENO<br><br>s/ Jeffrey Kradel<br>JEFFREY KRADEL<br>Kradel Defense, PLLC<br>One Union Square, Ste. 1928<br>600 University Street<br>Seattle, WA 98101<br>(206) 397-3102 |

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER EXTENDING TIME
*US v. COTA ET AL.* – CR13-309 TSZ - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970